Opinion filed October 6, 2005












 
 
  
 
 




Opinion filed October 6,
2005

 

 

                                                                         In
The

                                                                              

                     Eleventh Court
of Appeals

                                                                   __________

 

                                                             No.
11-05-00311-CR 

 

                                                                   __________

 

                                                JEREMY
WAYNE PEEL, Appellant

 

                                                                            V.

 

                                                 THE STATE OF
TEXAS, Appellee

 



 

                                          On
Appeal from the 35th District Court

 

                                                          Brown
County, Texas

 

                                                Trial Court Cause No. CR-16,999

 



 

                                                                   O
P I N I O N

 

Jeremy
Wayne Peel has filed in this court a motion to dismiss his appeal.  The motion is signed by both appellant and
his attorney.  The motion is granted.

The
appeal is dismissed.

 

October 6, 2005                                                                      PER
CURIAM

Do not
publish.  See TEX.R.APP.P. 47.2(b).

Panel consists
of: Wright, C.J., and McCall, J.